**FILED**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JUN 12 2023

_ℓ/h_
**DEPUTY CLERK**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:23-00095 |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 875(c) |
| | ) | |
| JOSHUA HENSLEY, | ) | |
| a/k/a "Josh Echo" | ) | |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about April 26, 2023, in the Middle District of Tennessee and elsewhere, **JOSHUA HENSLEY, a/k/a "Josh Echo,"** did knowingly and willfully transmit in interstate and foreign commerce a communication commenting on a sponsored Facebook post for Nashville Pride, and the communication involved threats to injure persons, to wit: attendees at the Nashville Pride event scheduled to occur on June 24, 2023, through June 25, 2023, in Nashville, Tennessee, specifically by threatening to "make shrapnel pressure cooker bombs for this event."

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about April 26, 2023, in the Middle District of Tennessee and elsewhere, **JOSHUA HENSLEY, a/k/a "Josh Echo,"** did knowingly and willfully transmit in interstate and foreign commerce a communication commenting on a sponsored Facebook post for Nashville Pride, and the communication involved threats to injure persons, to wit: attendees at the Nashville Pride event

scheduled to occur on June 24, 2023, through June 25, 2023, in Nashville, Tennessee, specifically

by threatening to "commit a mass shooting on you degenerate fags."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

NANI M. GILKERSON
ASSISTANT UNITED STATES ATTORNEY

2