UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA HENSLEY,<br>  a/k/a "Josh Echo" | Case No. 3:23-CR-00095<br><br>JUDGE CAMPBELL<br><br>MAGISTRATE JUDGE NEWBERN |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through Henry C. Leventis, United States Attorney, and Nani M. Gilkerson, Assistant United States Attorney, hereby moves this Court to unseal the indictment in this case. The defendant has been arrested out of district and therefore the purpose for sealing the Indictment no longer exists.

WHEREFORE, for the above reasons, the United States respectfully requests that this case be unsealed as described in the attached proposed Order.

Dated: June 20, 2023

                                              Respectfully submitted,

                                              HENRY C. LEVENTIS
                                              United States Attorney
                                              Middle District of Tennessee

                                              */s/ Nani Gilkerson*
                                              NANI M. GILKERSON
                                              Assistant United States Attorney
                                              719 Church Street, Suite 3300
                                              Nashville, Tennessee 37203
                                              Telephone: (615) 736-5151