UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA HENSLEY,<br>  a/k/a "Josh Echo" | Case No. 3:23-CR-00095<br><br>JUDGE RICHARDSON<br><br>MAGISTRATE JUDGE NEWBERN |

## ORDER

This matter comes before the Court on the United States' Motion to Unseal Indictment. It is hereby ordered that the Motion is granted and the Indictment and this case are hereby unsealed.

Dated: June 20, 2023

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge